# United States District Court

O 051432

WESTERN _____ DISTRICT OF _____ MASSACHUSETTS

BRADFORD C. COUNCILMAN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30208-KPN

Alibris, Inc.
Michael Warchut
Peter Krotkov

TO: (Name and address of defendant)

Peter Krotkov
101 North Plain Rd
Sunderland MA 01375-9301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Good
Good and Cormier
83 Atlantic Ave
Boston MA 02110

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      10/25/04
CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | OCTOBER 29, 2004 (9:30 a.m.) |
| NAME OF SERVER (PRINT) | TITLE |
| Gordon E Ainsworth | Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By leaving a copy of Summons and Complaint that Plaintiff Demands Trial by Jury for all Issues Triable at 101 North Plain Road, the residence and last and usual abode of within-named PETER KROTKOV, and same day mailed copy to same address via first class mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $6.40 (Travel) $3 (Auto) | $2.50 (Mailing) $20 (Service) $10 (Copies) | $41.90 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 29, 2004; 9:30 a.m.
Date

Signature of Server

Gordon E Ainsworth, Deputy Sheriff
466 Main St., Greenfield, MA.
Address of Server
01301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.