UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30208-KPN

| | |
|---|---|
| BRADFORD C. COUNCILMAN,<br>  Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| ALIBRIS, INC.,<br>MICHAEL WARCHUT,<br>PETER KROTKOV,<br>  Defendants | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Michael Warchut, in the above-captioned matter.

THE DEFENDANT
MICHAEL WARCHUT

By_____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 329740

### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this __8__ day of November, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Katherine Robertson, Esq., Bulkley, Richardson & Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115-5507; and Andrew Good, Esq., Matthew Zisow, Esq., Good & Cormier, 83 Atlantic Avenue, Boston, MA 02110.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick, Esq.

381860