UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRADFORD C. COUNCILMAN,<br>　　Plaintiff,<br><br>vs.<br><br>ALIBRIS, INC.,<br>MICHAEL WARCHUT,<br>PETER KROTKOV,<br>　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 04-30208-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## ATTORNEY CHRISTINE Y. LE BEL

Please withdraw my appearance as attorney for defendant, Alibris, Inc., in the captioned action.  Attorney Katherine A. Robertson, of BULKLEY, RICHARDSON AND GELINAS, LLP, will remain as counsel for defendant, Alibris, Inc.


Dated:  January 20, 2005        /s/ Christine Y. Le Bel
　　　　　　　　　　　　　　　　Christine Y. Le Bel
　　　　　　　　　　　　　　　　BBO No. 600197
　　　　　　　　　　　　　　　　Bulkley, Richardson and Gelinas, LLP
　　　　　　　　　　　　　　　　1500 Main Street - Suite 2700
　　　　　　　　　　　　　　　　Springfield, MA 01115-5507
　　　　　　　　　　　　　　　　Tel:  (413) 781-2820
　　　　　　　　　　　　　　　　Fax:  (413) 272-6804

#287920-1