UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30208-MAP

| | |
|---|---|
| BRADFORD C. COUNCILMAN,         ) | |
|         Plaintiff             ) | |
| v.                             ) | |
|                                ) | |
|                                ) | DEFENDANT ALIBRIS' MOTION TO |
| ALIBRIS, INC.,                 ) | DISMISS PLAINTIFF'S COMPLAINT |
| MICHAEL WARCHUT,               ) | |
| PETER KROTKOV,                 ) | |
|         Defendants            ) | |

Defendant Alibris, Inc. ("Alibris") respectfully moves to dismiss all counts of plaintiff Bradford C. Councilman's Complaint. The grounds for this motion are set forth in the Memorandum in Support of Alibris' Motion to Dismiss Plaintiff's Complaint, filed herewith.

                                                    The Defendant,
                                                  ALIBRIS, INC.
                                                  By Its Attorneys:

Dated: January 31, 2005                  /s/ Katherine A. Robertson
                                                  Katherine A. Robertson
                                                  BBO No. 557609
                                                  Bulkley, Richardson and Gelinas, LLP
                                                  1500 Main Street, Suite 2700
                                                  Springfield, MA  01115-5507
                                                  Tel:  (413) 781-2820
                                                  Fax:  (413) 272-6804

#288229