UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30208-KPN

| | |
|---|---|
| BRADFORD C. COUNCILMAN, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ALIBRIS, INC., | ) |
| MICHAEL WARCHUT, | ) |
| PETER KROTKOV, | ) |
|     Defendants | ) |

## **CERTIFICATE OF CONSULTATION**

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter.

RESPECTFULLY SUBMITTED
THE DEFENDANT
MICHAEL WARCHUT

By_____/s/ Dorothy Varon_____
Jeffrey L. McCormick, Esq.
Dorothy Varon, Esq. both of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  329740
BBO No.:  629609

393732