UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRADFORD C. COUNCILMAN

CASE NO.   04-30208  MAP

V.
ALIBRIS, INC

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been   set  for a HEARING ON ALL PENDING MOTIONS   on   July 7, 2005    at    2:00 p.m. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the    5th    floor.

April 27, 2005
Date

SARAH THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                              [kntchrgcnf.]
                                                            [ntchrgcnf.]