UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30208-MAP

| | |
|---|---|
| BRADFORD C. COUNCILMAN,       ) | |
|        Plaintiff       ) | |
| v.       ) | **ASSENTED-TO** MOTION |
|        ) | FOR LEAVE TO FILE |
| ALIBRIS, INC.,       ) | REPLY |
| MICHAEL WARCHUT,       ) | |
| PETER KROTKOV,       ) | |
|        Defendants       ) | |

The defendant, Alibris, Inc. ("Alibris"), hereby moves for leave, pursuant to Local Rule 7.1(B)(3), to file a reply to Councilman's Opposition to the Alibris and Krotkov Motions to Dismiss ("Plaintiff's Opposition"). As grounds for this motion, Alibris states that its proposed reply is limited to issues raised in Plaintiff's Opposition. Alibris believes that its reply memorandum may be helpful to the Court in ruling on the issues raised in Alibris' motion to dismiss plaintiff's complaint and plaintiff's opposition thereto. Plaintiff has assented to this motion.

A copy of Alibris' Reply to Plaintiff's Opposition to Alibris' Motion to Dismiss Plaintiff's Complaint is attached hereto as Exhibit 1.

| | |
|---|---|
| Assented to: | Respectfully submitted, |
| The Plaintiff, | The Defendant, |
| BRADFORD C. COUNCILMAN | ALIBRIS, INC. |
| By Its Attorneys: | By Its Attorneys: |
| | |
| /s/ Andrew Good | /s/ Katherine A. Robertson |
| Andrew Good | Katherine A. Robertson |
| BBO No. 658726 | BBO No. 557609 |
| Good & Cormier | Bulkley, Richardson and Gelinas, LLP |
| 83 Atlantic Avenue | 1500 Main Street, Suite 2700 |
| Boston, MA  02110 | Springfield, MA  01115 |
| Tel. (617) 523-5933 | Tel:  (413) 781-2820 |
| Fax: (617) 523-7554 | Fax:  (413) 272-6804 |

Dated:  June 23, 2005

#301401