UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30208-MAP

| | |
|---|---|
| BRADFORD C. COUNCILMAN, | ) |
|     Plaintiff | ) |
| vs. | ) |
| | ) |
| ALIBRIS, INC., | ) |
| MICHAEL WARCHUT, | ) |
| PETER KROTKOV, | ) |
|     Defendants | ) |

### DEFENDANT, MICHAEL WARCHUT'S, MOTION FOR LEAVE TO ADOPT PORTIONS OF DEFENDANT, ALIBRIS, INC.'S, REPLY BRIEF (ASSENTED TO)

NOW COMES the defendant, Michael Warchut ("Warchut"), and hereby moves for leave to adopt the legal arguments found in Section II, Sub-Sections, 1(a), 1(b), 2, 3(a), 3(b), and 5 of Defendant, Alibris, Inc.'s, Reply Brief. As reasons for this Motion, Warchut states that the arguments in the aforementioned sections apply with equal force and effect to him and, should the Court allow the Assented to Motion of Alibris for Leave to File its Reply, the defendant respectfully moves this Court to consider these arguments as having been made by Warchut and incorporated by reference herein. Further stating, all parties have kindly assented to this Motion.

ASSENTED TO:

| | |
|---|---|
| THE PLAINTIFF | THE DEFENDANT |
| BRADFORD C. COUNCILMAN | MICHAEL WARCHUT |
| | |
| By   */s/ Andrew Good* | By   */s/ Dorothy Varon* |
| Andrew Good, Esq., of | Dorothy Varon, Esq., of |
| Good & Cormier | Robinson Donovan, P.C. |
| 83 Atlantic Avenue | 1500 Main Street, Suite 1600 |
| Boston, Massachusetts 02110 | Springfield, Massachusetts 01115 |
| Phone (617) 523-59331  Fax (617) 523-7554 | Phone (413) 732-2301  Fax (413) 785-4658 |
| BBO No.:  658726 | BBO No.:  629609 |

403745

| THE DEFENDANT<br>ALIBRIS, INC. | THE DEFENDANT<br>PETER KROTKOV |
|---|---|
| By    */s/ Katherine A. Robertson*<br>Katherine A. Robertson, Esq., of<br>Bulkley Richardson and Gelinas, LLP<br>1500 Main Street<br>Springfield, Massachusetts 01115<br>Phone (413) 781-2820  Fax (413) 785-5060 | By    */s/ C. Jeffrey Kinder*<br>C. Jeffrey Kinder, Esq., of<br>Fierst, Pucci & Kinder, LLP<br>64 Gothic Street<br>Northampton, Massachusetts 01060<br>Phone (413) 584-8067  Fax (413) 585-0787 |

403745