# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**BRADFORD C. COUNCILMAN**
            **Plaintiff(s)**

            v.                                        CIVIL ACTION NO.**04-30208-MAP**

**ALIBRIS, INC., ET AL,**
            **Defendant(s)**

## JUDGMENT IN A CIVIL CASE

**PONSOR, D.J.**

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR THE DEFENDANTS PURSUANT TO THE MEMORANDUM AND ORDER OF THE COURT ENTERED THIS DATE, GRANTING THE DEFENDANTS' MOTIONS TO DISMISS.**

                                                          SARAH A. THORNTON,
                                                          CLERK OF COURT

**Dated:   9/13/05**                                     **/s/John C. Stuckenbruck**
                                                           **Deputy Clerk**